# MEMORANDUM DECISIONS.

Blue Springs, Orange City and Atlantic Railroad Company, and Mary A. Thursby and Ida Thursby, as Administratrices of the estate of L. P. Thursby, deceased, Plaintiffs in Error, vs. Alzina Broughton, George F. Broughton and Charles F. Broughton, Defendants in Error.

Writ of error to Circuit Court, Volusia county; John D. Broome, Judge.

Isaac A. Stewart (with whom was Egford Bly on the brief) and John W. Price, for Plaintiffs in Error.

No appearance for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for plantiffs in error.